IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CV-00196-BO-RN

| | | |
|---|---|---|
| CHARLES LOCKLEAR & RAVEN LANGLEY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| TOWN OF HOPE MILLS, et al., | ) | |
| Defendants. | ) | |

This matter comes before the Court on Magistrate Judge Robert Numbers' Memorandum and Recommendation ("M&R"), defendant Town of Hope Mills' motion to dismiss, and plaintiffs' motion for leave to file a Second Amended Complaint. [DE 12]; [DE 22]; [DE 26].

Magistrate Judge Numbers recommended that plaintiffs' claims against Cumberland County, the excessive bail claim under the Eighth Amendment, and the claim for interference with familial association be dismissed. [DE 12] at 9.[1] Since no party objected to the M&R, the Court has reviewed the M&R for clear error and finds none. *See* Fed. R. Civ. P. 72; *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). Accordingly, the Court adopts the M&R. [DE 12].

The Court notes that defendant Town of Hope Mills has responded to plaintiffs' motion for leave to file a Second Amended Complaint. In this response, defendant states that they do not oppose the amendment. [DE 27] at 1. Therefore, in the interest of justice under Rule 15, the amendment is granted.

---

[1] Page number citations to documents filed on CM/ECF refer to the CM/ECF-generated page number unless otherwise indicated.

## CONCLUSION

For the foregoing reasons, the M&R [DE 12] is ADOPTED. Plaintiffs' claims against Cumberland County, the excessive bail claim under the Eighth Amendment, and the claim for interference with familial association are dismissed. The Court notes that the proposed Second Amended Complaint is in compliance with the adoption of the M&R. [DE 26-1]; [DE 12].

Plaintiffs' motion for leave to file a Second Amended Complaint is GRANTED. [DE 26]. The Clerk is DIRECTED to file the proposed Second Amended Complaint. [DE 26-1]. Lastly, defendant's motion to dismiss is DENIED as moot and without prejudice as to the right to renew their motion to dismiss the proposed Second Amended Complaint. [DE 22].

SO ORDERED, this 23 day of November 2026.

Terrence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE